Monday, November 19, 2007
Xianhua (Peter) Zhang
212 Yorktown Court
Malvern, PA 19355

U.S. District Court
844 N. King Street
Lockbox 18
Wilmington, DE 19801

**Case Number: 07-555** ⚡⚡⚡ -LPS



To Whom It May Concern:

Please see attached copy of Waiver of Service of Summons signed by Counsel of Defendant ING Direct. I have sent a check to Defendant ING Direct to reimburse the cost to print the copy of Waiver of Service of Summons and to mail the signed form back to me.

My case was filed in your court on September 17, 2007. If there is anything still missing from my file, please send me a letter or give me a call at 610-407-9217. I can also be reached through email at peterzhang9999@yahoo.com.

If you need more information, please feel free to contact me. Thank you very much.


Sincerely,

*Peter Xianhua Zhang*

Peter Xianhua Zhang

1