IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XIANHUA ZHANG<br><br>Plaintiff,<br><br>v.<br><br>ING DIRECT<br><br>Defendant. | Case No. 07-555 |

**RULE 7.1(a) DISCLOSURE STATEMENT OF DEFENDANT ING BANK, FSB**

Pursuant to Federal Rule of Civil Procedure 7.1(a) Defendant ING Bank, fsb ("ING Bank"), by and through its undersigned attorneys, hereby states that ING Bank is owned 100% by its parent, ING Direct Bancorp. ING Direct Bancorp's ultimate parent is ING Groep NV, which is publicly held.

Dated: January 7, 2008
/s/ David P. Primack
David P. Primack (**I.D. No. 4449**)
DRINKER BIDDLE & REATH LLP
1100 N. Market Street
Wilmington, DE 19801-1254
(302) 467-4220
(302) 467-4201 fax
david.primack@dbr.com
Attorneys for Defendant ING Bank, fsb

OF COUNSEL:
David J. Woolf (*pro hac vice* admission pending)
Edward N. Yost (*pro hac vice* admission pending)
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103
(215) 988-2700

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XIANHUA ZHANG | : |
| Plaintiff, | : Case No. 07-555 |
| v. | : |
| ING DIRECT | : |
| Defendant. | : |

**CERTIFICATION OF SERVICE**

I, David P. Primack, do hereby certify that, on this date, two true and correct copies of ING Bank, fsb's Rule 7.1 Disclosure Statement were timely served by first class mail, postage prepaid, upon the following:

> Xianhua Zhang
> 212 Yorktown Court
> Malvern, PA 19355

Dated: January 7, 2008

/s/ David P. Primack
David P. Primack (**I.D. No. 4449**)
DRINKER BIDDLE & REATH LLP
1100 N. Market Street
Wilmington, DE 19801-1254
(302) 467-4220
(302) 467-4201 fax
david.primack@dbr.com
Attorneys for Defendant ING Bank, fsb