IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| XIANHUA ZHANG<br><br>    Plaintiff,<br><br>v.<br><br>ING DIRECT<br><br>    Defendant. | :<br>:<br>:<br>:  Case No. 07-555<br>:<br>:<br>:<br>:<br>:<br>: |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of David J. Woolf, Esquire to represent ING Bank, fsb, in this matter.

Date: January 7, 2008

/s/ David P. Primack
David P. Primack (**I.D. No. 4449**)
DRINKER BIDDLE & REATH LLP
1100 N. Market St., Suite 1000
Wilmington, DE 19801
Ph: (302) 467-4220
Fax: (302) 467-4201
David.Primack@dbr.com
Attorneys for ING Bank, fsb

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____          _____
                                                                                United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid [ ] to the Clerk of Court, or if not paid previously, the fee payment will be submitted [X] to the Clerk's Office upon the filing of this motion.

/s/ David J. Woolf
David J. Woolf, Esquire
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103
(215) 988-2614

Date:   January 7, 2008