# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

**LEONARD P. STARK**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
844 KING STREET
LOCKBOX 26
WILMINGTON, DE 19801

January 16, 2008

Mr. Xianhua Zhang
212 Yorktown Court
Malvern, PA 19355

Mr. David P. Primack, Esquire
Drinker Biddle
1100 N. Market Street
Suite 1000
Wilmington, DE 19801-1254

RE: Zhang v. ING Direct; Civ. No. 07-555-***-LPS

Dear Mr. Zhang and Mr. Primack:

    Enclosed for your review is a proposed scheduling order pursuant to Fed. R. Civ. P. 16(a) and D. Del. LR 16.1. On or before February 15, 2008, please inform the Court, by letter copied to the opposing party or parties, whether you object to any portion of the proposed order and, if so, why. You must write to the Court, by letter, copied to the opposing party or parties, even if you have no objections, so that the Court will know you have no objections. Thereafter, the Court will enter a scheduling order. Unless further ordered by the Court, a scheduling conference will not be necessary.

Cordially,

*/s/ Leonard P. Stark*

LEONARD P. STARK

LPS/jk
Enclosure
cc: Peter Dalleo, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| XIANHUA ZHANG, | : | |
|         Plaintiff, | : | |
| v. | : | C.A. No. 07-555-***-LPS |
| ING DIRECT, | : | |
|         Defendant. | : | |

## ORDER

At Wilmington this ___ day of **February, 2008**, pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.1;

IT IS ORDERED that:

1. **Joinder of Other Parties and Amendment of Pleadings**. All motions to join other parties and amend the pleadings shall be filed on or before **March 17, 2008**.

2. **Discovery**. All discovery in this case shall be initiated so that it will be completed on or before **June 16, 2008.**

3. **Application by Motion**. Any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, the parties shall not deliver copies of papers or correspondence to Chambers.

4. **Summary Judgment Motion**. All summary judgment motions and an opening brief and affidavits, if any, in support of the motion, shall be served and filed on or before **July 16, 2008**. Answering briefs and affidavits, if any, shall be filed on or before **July 30, 2008**. Reply briefs shall be filed on or before **August 6, 2008**.

_____
UNITED STATES MAGISTRATE JUDGE