## In the U.S. District Court for the District of Delaware

Xianhua Zhang
Plaintiff

Case No. 07-555

vs.

ING Direct
Defendant

Jury Trial Demanded

### Request to Withdraw Default Judgment

Please withdraw Plaintiff's 'Request to Enter Default Judgment' filed on January 25, 2008. Plaintiff just gets the Court Docket Report showing that the Court holds that Answer from Defendant is due on January 7, 2008. Plaintiff has no access to such information before. Now Plaintiff thinks that Defendant's Answer is on time according to the Court Docket Report provided by Defendant.

WHEREFORE, Plaintiff, Xianhua Zhang, requests that the Court withdraw Plaintiff's 'Request to Enter Default Judgment' filed on January 25, 2008.

Respectfully submitted,

Xianhua Zhang
-----------------------------

Plaintiff

Date: 1/30/2008

FILED
FEB - 1 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned



SOUTHEASTERN PA 193
31 JAN 2008 PM 6 L

Office of the Clerk
U.S. District Court
844 N. King Street
Lockbox 18
Wilmington, DE 19801

Xianhua Zhang & Wei Liu
212 Yorktown Ct
Malvern, PA 19355-8523

