Wednesday, January 30, 2008
Xianhua (Peter) Zhang
212 Yorktown Court
Malvern, PA 19355

Office of the Clerk
U.S. District Court
844 N. King Street
Lockbox 18
Wilmington, DE 19801

**Case Number: 07-555**

To Whom It May Concern:



Please find enclosed 'Request to Withdraw Default Judgment' based on Court Records just available to Plaintiff. Please provide procedures to get the Court Docket Report for the future reference. Thanks.

Plaintiff has NO objections to the proposed scheduling order set by Honorable Judge Stark in the letter dated January 16, 2008. A copy of this letter has been sent to Defendant.

Please send me a letter or give me a call at 610-407-9217 for any issues. I can also be reached through email at peterzhang9999@yahoo.com. If you need more information, please feel free to contact me. Thank you very much.

Sincerely,

*Peter Xianhua Zhang*

Peter Xianhua Zhang