**DrinkerBiddle&Reath**
L L P

David P. Primack
302-467-4221
david.primack@dbr.com

*Law Offices*

1100 North Market Street
Suite 1000
Wilmington, DE
19801-1254

302-467-4200
302-467-4201 fax
www.drinkerbiddle.com

PHILADELPHIA

NEW YORK

WASHINGTON

LOS ANGELES

SAN FRANCISCO

CHICAGO

PRINCETON

FLORHAM PARK

BERWYN

February 4, 2008

Honorable Leonard P. Stark
United States Magistrate Judge
U.S. Courthouse
844 King Street
Lockbox 26
Wilmington, DE 19801

RE:    <u>Zhang v. ING Direct, Civ. No. 07-555 JJF</u>

Dear Judge Stark:

I write to inform the Court that the Defendant, ING Bank, FSB, incorrectly identified in the Complaint of the above-captioned matter as "ING Direct," has no objection to the Court's proposed scheduling order dated January 16, 2008.

Respectfully,

David P. Primack

DPP

cc:    Xianhua Zhang
       David J. Woolf, Esquire
       Edward N. Yost, Esquire

*Established*
*1849*

PHIL1T\696494\1