### In the U.S. District Court for the District of Delaware

Xianhua Zhang
Plaintiff

vs.

ING Direct
Defendant



Case No. 07-555

Jury Trial Demanded

### Plaintiff's Request for Production of Documents
### Addressed to Defendant - Set No. 1

Pursuant to Federal Rules of Civil Procedure 26 and 34, Plaintiff Xianhua Zhang requests that Defendant ING Direct produce documents hereinafter described and permit Plaintiff to inspect them and copy them. Plaintiff requests that the documents be made available to Plaintiff at 212 Yorktown Court, Malvern, PA 19355 within **30** days from date of service hereof. This request is intended to cover all documents in the possession, custody, and control of any Defendant, Defendant's agents, employees, insurance carriers, and attorneys.

**NOTE: A response of "will be supplied" or "will supplement" or "discovery is continuing" is not responsive. You have a duty to provide all items of which you are aware.**

### Definitions

"Document" or "documents" includes, without limitation, writings and printed matter of any kind and description, photographs, emails and drawings, notes and records of oral communication, and recordings (tapes, discs or other) of oral communication. In all cases where originals are not available, "documents" also means copies of original documents and copies of non-identical copies.

The documents covered by this request are as follows:
1. All documents in details related to job ad for Database Support Engineer III posted by Defendant on www.dice.com and other media between 1/1/05 and 12/1/05.

2. All documents in details related to job descriptions and requirements for Database Support Engineer III by Defendant.

3. Resume of Plaintiff at the time of his employment application for Database Support Engineer III posted by Defendant.

4. Resume of Dan Lu who is the replacement of Plaintiff at the time of his employment application for Database Support Engineer III posted by Defendant.

5. All documents in details related to background checking report for Plaintiff at the time of his employment application for Database Support Engineer III posted by Defendant.

6. All documents in details related to background checking report for Dan Lu who is the replacement of Plaintiff at the time of his employment application for Database Support Engineer III posted by Defendant.

1

7. All documents in details related to Defendant's hiring of Plaintiff, including all but not limit to: offer letters, job titles, feedback from interviews and expression of intent and etc.

8. All documents in details related to Defendant's hiring of Dan Lu who is the replacement of Plaintiff, including all but not limit to: offer letters, job titles, feedback from interviews and expression of intent and etc.

9. All documents in details related to jobs assigned to Plaintiff by Defendant from 4/11/05 to 8/16/05.

10. All documents in details related to jobs assigned to Dan Lu who is the replacement of Plaintiff by Defendant from 9/1/05 to 04/1/08.

11. All documents in details related to jobs assigned to other Defendant's Oracle Database Engineers besides Plaintiff in Database Services Team from 1/1/05 to 12/1/05.

12. All documents in details related to Plaintiff's job performance and skills by Defendant from 4/11/05 to 8/16/05.

13. All documents in details related to three performance reviews for Plaintiff by Kelley Yohe, Defendant's Team Lead Database Services on 5/25/05, 6/22/05 and 7/12/05.

14. All documents in details related to performance reviews for Dan Lu who is the replacement of Plaintiff by Defendant from 9/1/05 to 04/1/08.

15. All documents in details related to Defendant's requirements for 'typing fast' and 'working fast' as an "essential function for the position Database Support Engineer III".

16. All documents in details related to Plaintiff's conversation with Kelley Yohe, Defendant's Team Lead Database Services on 7/29/06.

17. All documents in details related to Plaintiff's discharge meeting with Kelley Yohe and Naomi Seramone HR Defendant on 8/16/05.

18. All documents in details related to two emails dated 8/25/2005 and 8/29/2005 Naomi Seramone got from Plaintiff to ask her to return Plaintiff's personal stuff seized by Defendant during discharge process.

19. All documents in details related to Defendant's process and procedures to discharge people that include but not limit to: Whether a separation letter is required? Personal and Business time off pay? Lead time given? Handling of personal stuff? Time to stay in company after discharge meeting? Use of security guards? etc.

20. All documents in details related to Defendant's process and procedures to authorize security guards to confine freedom of those discharged people.

21. All documents in details filed by Defendant related to answers to questionnaires requested by PA Bureau of UC Benefits and Allowances to Plaintiff's eligible for UC benefits.

22. All documents in details filed by Defendant with DE Department of Labor related to Plaintiff's discharge.

23. All documents in details related to Defendant's Personal Time Off and Business Time Off database showing Plaintiff's total number of Personal Time Off and Business Time Off in hours on 8/16/2005.

24. All documents in details related to invitation and email sent to Plaintiff by Defendant inviting him to attend company Probation Ending meeting held around 8/10/2005.

25. All documents in details related to company Probation Ending meeting held around 8/10/2005.

26. All documents in details showing that Plaintiff's enrollment into Defendant sponsored company 401K program.

27. All documents in details showing qualifications for employees to be enrolled into Defendant sponsored company 401K program.

28. All documents in details showing that Plaintiff's approved vacation request for 8/18/05 and 8/19/05.

29. All documents in details showing on-call schedules for Defendant's Database Services team members from 04/01/05 to 04/01/06.

30. All documents in details showing qualifications for Defendant's database engineers in Defendant's Database Services team to be on the on-call schedules.

31. All documents in details showing correspondences between Defendant's Data Warehouse team and Defendant's Database Engineer team from 04/11/05 to 10/1/05.

32. All documents in details showing rules and items of office supplies provided by Defendant for Plaintiff's and other employees' daily work.

33. All documents in details related to regulations or rules authorized by Defendant to seize personal stuff of Plaintiff and those people discharged by Defendant.

34. All documents in details related to regulations or rules authorized by Defendant not allow Plaintiff and those people discharged by Defendant to gather their personal stuff before they leave.

35. All documents in details related to correspondences between the Defendant and potential witnesses used by Defendant at the trial, between Defendant and its attorneys and between potential witnesses and Defendant's attorneys.

*Xianhua Zhang*
Xianhua Zhang
-------------------------------
Plaintiff

Date: 3/27/2008

3

CERTIFICATE OF SERVICE

I, Xianhua Zhang, hereby certify that a true and correct copy of the first set of Request for Production of Documents Addressed to Defendant has been electronically and timely mailed upon the following:

David P. Primack   David.Primack@dbr.com – Attorney for Defendant
David J. Woolf     David.Woolf@dbr.com – Attorney for Defendant
Edward N. Yost     Edward.Yost@dbr.com – Attorney for Defendant

*Xianhua Zhang*
Xianhua Zhang
----------------------------
Plaintiff

Date: 3/27/2008