## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| XIANHUA ZHANG | : | |
| | : | |
| Plaintiff, | : | Case No. 07-555 (JJF) |
| | : | |
| v. | : | |
| | : | |
| ING DIRECT, | : | |
| | : | |
| Defendant. | : | |

### NOTICE OF ISSUANCE OF NON-PARTY SUBPOENAS

TO:   Xianhua Zhang
      212 Yorktown Court
      Malvern, PA 19355

PLEASE TAKE NOTICE that the undersigned counsel has issued

Subpoenas *ad duces tecum* pursuant to Federal Rules of Civil Procedure 34 and 45, true

and correct copies of which are attached, that command the production of documents and

things described therein.  Said Subpoenas are being served upon:

Lancaster General Hospital
Medical Records, ATTN: Correspondence
555 N. Duke Street
Lancaster, PA 17604-3555

Heart of Lancaster Regional Medical Center
[formerly Community Hospital of Lancaster]
Health Information
1500 Highlands Drive
Lititz, PA 17543

Dr. Harold White
219 S. Queen Street
Lancaster, PA 17603

Orthopedic Consultants
703 Lampeter Road
Lancaster, PA 17602

Ostrow & Associates
Physical Therapy & Wellness Center
325 Gordon Drive
Exton, PA 19341

Frazer Family Chiropractic & Wellness Center
384 Lancaster Avenue, Suite A
Malvern, PA 19355

Ruggiero Orthopaedic Associates
255 Lancaster Avenue, Suite 200
Malvern, PA 19355

Advanced Spine & Sports Therapy
255 Lancaster Avenue, Suite 200
Malvern, PA 19355

Rittenhouse Imaging
1705 Rittenhouse Square
Philadelphia, PA 19103

Chestmont Neurosurgical, Inc.
958 County Line Road
Suite 203
Bryn Mawr, PA 19010

St. Peters Bone & Joint Surgery
112 Piper Hill Drive
First Floor
St. Peters, MO 63376

St. Charles Sports & Physical Therapy
1840 Zumbehl Road
St. Charles, MO 63303

Dated: May 6, 2008

_____
Edward N. Yost (PA ID 90907)
DRINKER BIDDLE & REATH LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6996
(215) 988-2700

Attorney for Defendant
ING Bank, FSB

## CERTIFICATE OF SERVICE

I, Edward N. Yost, hereby certify that, on this date, I caused a true and correct

copy of the foregoing Notice of Issuance of Non-Party Subpoenas to be served on

plaintiff *pro se* by first-class U.S. mail, postage prepaid, at the following address:

Xianhua Zhang
212 Yorktown Court
Malvern, PA 19355

Dated: May 6, 2008

_____
Edward N. Yost

PHLIT\708884\1