Wednesday, June 18, 2008
Xianhua (Peter) Zhang
212 Yorktown Court
Malvern, PA 19355

Honorable Judge Farnan
U.S. District Court
844 N. King Street
Lockbox 18
Wilmington, DE 19801

**Case Number: 07-555**

Dear Judge Farnan:

I am writing this letter because Defendant has just filed a Motion to extend discovery deadline. My stand is as the following: If discovery requests filed before 6/16/2008 will be honored to be continued until they are fully completed and discovery requests toward third parties are not confined by this deadline, then there is no need to extend discovery deadline and this Motion should be denied. Otherwise, I request to extend discovery deadline to another 90 days beyond 6/16/2008. The cause for this long extension request comes from my discovery experience with Defendant in this case. Defendant has done a 'good' job to delay responses to my discovery requests. For example, I have not got responses to some of my discovery requests up to this point after they were filed more than two months. Since I plan to send discovery requests to some third parties after receiving responses from Defendant to my discovery requests, a 90 day extension will be necessary to overcome some expected delays to complete my discovery process without further motions that will cost time and money of the Court.

Please send me a letter or give me a call at 610-407-9217 for any issues. I can also be reached through email at peterzhang9999@yahoo.com. If you need more information, please feel free to contact me. Thank you very much.

Sincerely,

*Peter Xianhua Zhang*
Peter Xianhua Zhang

FILED
JUN 19 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

cc: Defendant's attorneys.



Xianhua Zhang & Wei Liu
212 Yorktown Ct
Malvern, PA 19355-8523

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570

U.S. POSTAGE PAID
FRAZER, PA
19355
JUN 18, '08
AMOUNT
$0.76
0002779-31