IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XIANHUA ZHANG, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-555 JJF |
| ING DIRECT, | : |
| Defendant. | : |

### O R D E R

WHEREAS, the Court has reviewed the submissions regarding an extension of discovery and dispositive motion deadlines;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) The June 16, 2008 discovery deadline is extended. Discovery shall be completed by **August 25, 2008**.

2) The July 16, 2008 dispositive motion deadline is extend. All summary judgment motions and opening briefs shall be served and filed on or before **September 26, 2008**.

June 24, 2008
DATE

UNITED STATES DISTRICT JUDGE